JAVERBAUM WURGAFT
HICKS KAHN WIKSTROM & SININS, P.C.
Certified Trial Attorneys

1338 NORTH AVENUE
ELIZABETH, NJ 07208
TEL: 908-368-1058
FAX: 908-354-0360
www.lawjw.com

August 25, 2026

Hon. Ronnie Abrams
United States District Judge
U.S. District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

**RE: DAVID SCARLATA vs. ATLAS PROFESSIONALS, INC., et.al.**
**DOCKET NO. : 26-CV-5858 (RA)**
**OUR FILE NO. : JW-253714**

Dear Judge Abrams:

This office represents the plaintiff in the above captioned matter. This correspondence is being sent in response to the Order and Notice of Initial Conference filed July 15, 2026.

This case is an action under the Jones Act 46 U.S.C. §§ 30104 et seq. for personal injuries sustained by plaintiff while in the course of his employment with the defendants. The defendant are represented by the firm of Freehill, Hogan, & Maher, 80 Pine Street, New York, New York, and the case is being handled for the firm by John Karpousis, Esq.

In addition to the action pending before your Honor, the identical case has also been filed with the U.S. Department of Labor under the Longshore Act and Harbor Workers' Compensation Act (33 U.S.C.§901 et seq.) and the New York State Workers' Compensation Board, seeking workers' compensation benefits. A principal issue in all three cases is whether the plaintiff qualifies exclusively as a Jones Act seaman or whether his remedy for his injuries are covered under the federal or state workers compensation laws.

Prior to the filing of the Complaint in this action, the parties engaged in settlement discussions, and a tentative agreement has now been reached. Since the plaintiff is a beneficiary of Medicare, the parties are now seeking the approval of the Center for Medicare Services of a Medicare Set-Aside fund. Once received, the parties intend to submit the settlement under U.S.C. § 908(i) of the Longshore Act and dismiss the Jones Act Complaint and the New York State Workers' Compensation Action.

With regard to the Complaint before the Court, service of process has not been completed; however, in the highly unlikely event that the settlement is not completed, Mr. Karpousis has agreed to waive service of process.

In view of the above, the parties request that the conference scheduled for September 11, 2026, as well as the Submission of a Case Management Plan and Order, be adjourned for sixty (60) days.

We thank you for your consideration of this request.

Respectfully submitted,

Jorden N. Pedersen Jr., Esq.

JNP/ml
Cc: John Karpousis, Esq.

Application granted. The conference scheduled for September 11, 2026 is adjourned. The parties shall update the Court on the status of settlement no later than November 2, 2026.

SO ORDERED.

Hon. Ronnie Abrams
August 27, 2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DAVID SCARLATA, Plaintiff, | : | Docket # 26-CV-5858 (RA) |
| vs. | : | |
| ATLAS PROFESSIONALS INC., and ATLAS PROFESSIONALS USA INC., Defendants | : | **AFFADAVIT OF SERVICE** |

Jorden N. Pedersen, being duly sworn under oath, deposes and says:

1. I am an attorney at law with the firm of Javerbaum, Wurgaft, Hicks, Khan, Wikstrom & Sinins, counsel for the plaintiff in the above caption matter.

2. On August 24, 2026, I served a copy of the attached Order and Notice of Initial Conference upon John Karpousis, Esq., of the firm of Freehill, Hogan and Mahar, counsel for defendants, by electronic email.

Jorden N. Pedersen Jr., Esq.

Sworn and subscribed to me
This 25th day of August, 2026

Milagrosa Lopez
NOTARY PUBLIC

MILAGROSA LOPEZ
NOTARY PUBLIC
STATE OF NEW JERSEY
ID # 2339320
MY COMMISSION EXPIRES JAN 19, 2031

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID SCARLATA,

Plaintiff,

v.

ATLAS PROFESSIONALS INC. and ATLAS PROFESSIONALS USA INC.,

Defendants.

26-CV-5858 (RA)

ORDER AND NOTICE OF INITIAL CONFERENCE

RONNIE ABRAMS, United States District Judge:

This case has been assigned to me for all purposes. It is hereby:

ORDERED that, by September 4, 2026, the parties submit a joint letter, not to exceed five (5) pages, providing the following information in separate paragraphs:

1. A brief description of the nature of the action and the principal defenses thereto;

2. A brief explanation of why jurisdiction and venue lie in this Court. If any party is a corporation, the letter shall state both the place of incorporation and the principal place of business. If any party is a partnership, limited partnership, limited liability company or trust, the letter shall state the citizenship of each of the entity's members, shareholders, partners and/or trustees;

3. A brief description of all contemplated and/or outstanding motions;

4. A brief description of any discovery that has already taken place, and/or that which will be necessary for the parties to engage in meaningful settlement negotiations;

5. A brief description of prior settlement discussions (without disclosing the parties' offers or settlement positions) and the prospect of settlement;

6. The estimated length of trial; and

7. Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

IT IS FURTHER ORDERED that, by September 4, 2026 the parties jointly submit to the Court a proposed case management plan and scheduling order. A template for the order is available at https://nysd.uscourts.gov/hon-ronnie-abrams. The status letter and the proposed case management plan

should be filed electronically, consistent with the Court's Electronic Case Filing (ECF) Rules & Instructions, which are available at https://nysd.uscourts.gov/rules/ecf-related-instructions.

IT IS FURTHER ORDERED that counsel for all parties appear for an initial status conference on September 11, 2026 at 10:30 a.m. If Defendants have not yet been properly served, have not filed a responsive pleading, and/or the parties otherwise seek to adjourn the conference, they shall notify the Court by no later than September 5, 2026. Unless the parties request otherwise, the Court will hold this conference by telephone. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (855) 244-8681; Meeting ID: 23055424735. This conference line is open to the public. If Defendants have been properly served and the parties are available to proceed with an initial status conference prior to September 12, 2026, the parties shall notify the Court and propose an earlier date for the conference, as well as for submission of the status letter and proposed case management plan.

Plaintiff is ordered to serve Defendants with a copy of this order and to file an affidavit on ECF certifying that such service has been effectuated.

SO ORDERED.

Dated: July 14, 2026
New York, New York

Ronnie Abrams
United States District Judge