JAVERBAUM WURGAFT
HICKS KAHN WIKSTROM & SININS, P.C.
Certified Trial Attorneys

1338 NORTH AVENUE
ELIZABETH, NJ 07208
TEL: 908-368-1058
FAX: 908-354-0360
www.lawjw.com

October 29, 2026

Hon. Ronnie Abrams
United States District Judge
U.S. District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

**RE: DAVID SCARLATA vs. ATLAS PROFESSIONALS, INC., et.al.**
**DOCKET NO. : 26-CV-5858 (RA)**
**OUR FILE NO. : JW-253714**

Dear Judge Abrams:

This office represents the plaintiff in the above matter. On August 25, 2026, we advised the Court that a tentative settlement has been reached under the Longshore and Harbor Workers' Compensation Act for the same accident which is before your Honor. The only remaining item to complete was a determination by the Center for Medicare Servies (CMS) of an acceptable Medicare Set Aside fund (MSA). As a result, your Honor adjourned the scheduled Initial Conference and ordered an update on settlement by November 2, 2026.

We have just spoken with Mr. Karpousis, counsel for defendants, and the vendor retained by the defendant regarding the status of the application for the MSA fund. According to the vendor, CMS requires additional information regarding the amount of benefits and medical information. We have contacted the physicians involved and will be supplying the information requested to the vendor shortly.

Therefore, we respectfully request that the matter be adjourned for an additional sixty (60) days in order for CMS to obtain the requested information and respond to the proposed MSA fund. Upon receipt Mr. Karpousis and the undersigned will finalize the settlement before the U.S. Department of Labor, at which time the matter before your Honor will be dismissed.

On behalf of counsel, we thank you for your consideration of his application.

Respectfully submitted,

Jorden N. Pedersen Jr., Esq.

JNP/ml
Cc: John Karpousis, Esq.

Application granted. The parties shall update the Court on the status of settlement no later than January 4, 2027.

SO ORDERED.

Hon. Ronnie Abrams
November 2, 2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| DAVID SCARLATA, Plaintiff, | : | Docket # 26-CV-5858 (RA) |
| vs. | : | |
| ATLAS PROFESSIONALS INC., and ATLAS PROFESSIONALS USA INC., Defendants. | : | **AFFADAVIT OF SERVICE** |

---

Jorden N. Pedersen, being duly sworn under oath, deposes and says:

1. I am an attorney at law with the firm of Javerbaum, Wurgaft, Hicks, Khan, Wikstrom & Sinins, counsel for the plaintiff in the above caption matter.

2. On October 30, 2026, I served a copy of the attached correspondence upon John Karpousis, Esq., of the firm of Freehill, Hogan and Mahar, counsel for defendants, by electronic mail.

[signature]
Jorden N. Pedersen Jr., Esq.

Sworn and subscribed to me
This 30th day of October, 2026

[signature: Milagrosa Lopez]
NOTARY PUBLIC

MILAGROSA LOPEZ
NOTARY PUBLIC
STATE OF NEW JERSEY
ID # 2339320
MY COMMISSION EXPIRES JAN 19, 2031